IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:08CR78 |
| vs. | ) | |
| | ) | ORDER |
| **JULIAN RIO-RIO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion [25] of Jeffrey L. Thomas for leave to withdraw as counsel for the defendant. Substitute counsel, Glenn A. Shapiro, has entered an entry of appearance [24].

**IT IS ORDERED:**

1. The Motion to Withdraw [25] is granted, and the appearance of Jeffrey L. Thomas is hereby deemed withdrawn.

2. The provisions set in the order setting motion hearing [21] remain in effect.

**DATED April 14, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**