IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 8:08CR78 |
| JULIAN RIO-RIO, ) | **SCHEDULING ORDER** |
| Defendant. ) | |

    Before the court is counsels' Joint Motion to Continue [32] the previously scheduled evidentiary hearing.  Good cause being shown, the motion will be granted and the hearing on the Motion to Suppress [19] will be rescheduled.

    IT IS ORDERED:

    1.    That the Joint Motion to Continue [32] is granted; and

    2.    That the evidentiary hearing on the Motion to Suppress [19] is continued to **May 15, 2008** at **9:30 a.m.**   before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 22nd day of April, 2008.

                                                           BY THE COURT:

                                                          s/ F.A. Gossett
                                                          United States Magistrate Judge