IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:08CR78
                               )
     v.                        )
                               )
JULIAN RIO-RIO,                )         ORDER
                               )
            Defendant.         )
_____)
```

      This matter is before the Court on defendant's motion to continue trial (Filing No. 73). The Court notes plaintiff has no objection to the continuance, and that defendant will file a written waiver of speedy trial. Accordingly,

      IT IS ORDERED that defendant's motion is granted; trial of this matter is rescheduled for:

**Tuesday, October 14, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Due to the schedule of counsel and the Court, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 26, 2008, and October 14, 2008, shall be deemed excludable

time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 25th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
 LYLE E. STROM, Senior Judge
 United States District Court