IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:08CR78
                             )
      v.                     )
                             )
JULIAN RIO-RIO,              )         ORDER
                             )
            Defendant.       )
_____)
```

      This matter is before the Court on plaintiff's motion to continue trial (Filing No. 86).  The Court notes defendant has no objection to the continuance, but defendant should file a written waiver of speedy trial.  Accordingly,

      IT IS ORDERED that plaintiff's motion is granted subject to the filing by defendant of a written waiver of speedy trial; trial of this matter is rescheduled for:

**Wednesday, November 12, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Due to the schedule of counsel and the Court, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between October 14, 2008, and November 12, 2008, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court