IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )        8:08CR78
                                 )
          v.                     )
                                 )
JULIAN RIO-RIO,                  )        ORDER
                                 )
               Defendant.        )
_____ )
```

This matter is before the Court on defendant's motion
to continue sentencing (Filing No. 106).  Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Friday, February 13, 2009, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111
South 18th Plaza, Omaha, Nebraska.

DATED this 5th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court