IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN TEK-SOLIS and JULIAN RIO-RIO,<br><br>Defendants. | 8:08CR78<br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the United States' Motion for Preliminary Order of Forfeiture ([Filing No. 117](#)). The Court has reviewed the record in this case and finds as follows:

1. Defendants, Christian Tek-Solis and Julian Rio-Rio, have entered into Plea Agreements (Filing Nos. 65 and 100) whereby Christian Tek-Solis agreed to plead guilty to Counts II and III of the Superseding Indictment and Julian Rio-Rio agreed to plead guilty to Counts I and III of the Superseding Indictment. Counts I and II charged the defendants with conspiracy to distribute and with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841. Count III charged the defendants with using $18,400.00 in United States currency to facilitate the commission of the conspiracy and/or was derived from proceeds obtained directly or indirectly as a result of the commission of the conspiracy.

2. By virtue of said pleas of guilty, the defendants forfeit their interest in the aforementioned currency, and the United States should be entitled to possession of said currency, pursuant to 21 U.S.C. § 853.

3. The United States' Motion for Preliminary Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED:

A. The United States' Motion for Preliminary Order of Forfeiture is hereby sustained.

B. Based upon the Count III of the Superseding Indictment and the defendants' pleas of guilty, the United States is hereby authorized to seize the $18,400.00 in United States currency.

C. Defendants' interest in the aforementioned currency is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

D. The aforementioned currency is to be held by the United States in its secure custody and control.

E. Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the currency in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject currency must file a Petition with the court within thirty-five days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F. Said published notice shall state the Petition referred to in Paragraph E, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the currency, shall be

signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject currency and any additional facts supporting the Petitioner's claim and the relief sought.

G. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency to this Order as a substitute for published notice as to those persons so notified.

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 13th day of June, 2017.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court